IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-59-GCM

| | |
|---|---|
| JOSEPH McCREA, )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>CORRECTIONAL OFFICER EDDINS, )<br>CORRECTIONAL OFFICER PREVATT, )<br>   Defendants, ) | **ORDER** |

THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to appear for a Status Conference on **February 15, 2012, at 2:00 p.m. in Courtroom #3.**

IT IS SO ORDERED.

Signed: January 12, 2012

Graham C. Mullen
United States District Judge