IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-59-GCM

| | | |
|---|---|---|
| JOSEPH MCCREA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EDDINS, *et al,* | ) | |
|     Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. The Court notes that the parties have filed a Status Report [doc. #28] and a Certification of Initial Attorneys Conference and Discovery Plan [doc. #29]. Having filed these documents, there is no longer a need for a status conference at this time.

Accordingly, IT IS ORDERED THAT the Status Conference set for February 15, 2012 is CANCELED, and the parties are directed to proceed in accordance with the Pre-Trial Order and Case Management Plan [doc. #30] signed on February 9, 2012.

IT IS SO ORDERED.

Signed: February 9, 2012

Graham C. Mullen
United States District Judge